# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-1315 PA (ASx) | Date | March 26, 2019 |
| Title | Ronald Gladle v. Wells Fargo Bank, N.A., et al. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None    None

**Proceedings:** IN CHAMBERS

    Plaintiff Ronald Gladle ("Plaintiff"), who is appearing pro se, filed an "Ex Parte Request to File Late Response" in which he seeks relief from his failure to timely file an Opposition to the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"), to which defendant Specialized Loan Servicing ("Specialized") has filed a Joinder. The Court accepts Plaintiff's late-filed Opposition to the Motion to Dismiss for filing. Defendants shall file their Replies in support of the Motion to Dismiss by no later than April 8, 2019. After that date, both the Motion to Dismiss and Plaintiff's Motion to Remand shall be deemed under submission and the Court will notify the parties of its decisions on the Motions or a hearing date should the Court conclude that a hearing is necessary.

    IT IS SO ORDERED.